Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of

Division

RECEIVED

MAY 0 8 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Andrew George Thomas

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Berry Global

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew George Thomas |
| Street Address | 108 Crestview Drive Apt. 2A |
| City and County | Eldridge   Scott |
| State and Zip Code | Iowa   52748 |
| Telephone Number | 563-223-3288 |
| E-mail Address | alno8907@gmail.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

Name: Berry Global

Job or Title *(if known)*:

Street Address: 2732 62nd St. Ct

City and County: Bettendorf Scott

State and Zip Code: Iowa 52722

Telephone Number: 563-332-4151

E-mail Address *(if known)*:

**Defendant No. 2**

Name: Kimberly Jaber

Job or Title *(if known)*: H.R.

Street Address: 2732 62nd St. Ct

City and County: Bettendorf Scott

State and Zip Code: Iowa 52722

Telephone Number: 563-332-4151

E-mail Address *(if known)*:

**Defendant No. 3**

Name: Rickie Mdes

Job or Title *(if known)*: Supervisor

Street Address: 2732 62nd St. Ct

City and County: Bettendorf Scott

State and Zip Code: Iowa 52722

Telephone Number: 563-332-4151

E-mail Address *(if known)*:

**Defendant No. 4**

Name:

Job or Title *(if known)*:

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address *(if known)*:

### C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Berry Global |
| Street Address | 2732 62nd St. Ct |
| City and County | Bettendorf Scott |
| State and Zip Code | Iowa 52722 |
| Telephone Number | 563-332-4151 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:

Juneteenth National Independence Day Act, S. 475

☑  Relevant state law *(specify, if known)*:

Thursday, April 11, 2002, Iowa Governor Tom Vilsack (D-IA) signed

☐  Relevant city or county law *(specify, if known)*: legislation establishing Juneteenth as a State holiday in Iowa.

(Juneteenth National Freedom Day)

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☑   Failure to promote me. 3-27-23 - I got promoted with pay. But I can be demoted.

☑   Failure to accommodate my disability. 4-27-23 - I told H.R. I'm covered under ADA

☑   Unequal terms and conditions of my employment. 10-27-22- I was hired

☑   Retaliation. 5-3-23 - my on going problem with my supervisor

☐   Other acts *(specify):* isn't getting attention

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

5-3-23 - My job is pvt. and won't allow us to be off June 19th not get Holiday pay.

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑   race — African American

☑   color — black

☐   gender/sex

☑   religion — Christianity

☐   national origin

☑   age *(year of birth)* — 34   *(only when asserting a claim of age discrimination.)*

☑   disability or perceived disability *(specify disability)*

Bipolar with severe anixty and depression appointment for ADHD May 10th

E.   The facts of my case are as follows.  Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

5-6-23

B.      The Equal Employment Opportunity Commission *(check one)*:

☑      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☑      less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$80,000.00 is what I seek for damages. I have to work June 19th 2023. And my supervisor still does make race statements. He acts like his my dad. And no follow up from company.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.       For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        _____

Signature of Plaintiff        _____

Printed Name of Plaintiff    _____

### B.       For Attorneys

Date of signing:        _____

Signature of Attorney        _____

Printed Name of Attorney     *Travis M. Visser-Armbrust*

Bar Number                   *AT0011575*

Name of Law Firm             *TVA Law PLLC*

Street Address               *PO Box 202*

State and Zip Code           *Sheldon, Iowa 51201*

Telephone Number             *712.349.7131*

E-mail Address               *tva@travisvalaw.com*

# Submitted

Your inquiry has been successfully submitted to EEOC. You should write down the following inquiry number **443-2023-02164** and refer to it when contacting the EEOC.

# Online Scheduling

You are now ready to schedule an interview with an EEOC representative, and

# EEOC Scheduling Mobile Site



## Appointment Scheduling Step 2 of 3

Go Back   EEOC Public Portal

There are currently no appointments available for this office. Please check back daily to schedule an appointment.

### Appointment Date Selector

| Sunday | Monday | Tuesday | Wednesday | Thu |
|--------|--------|---------|-----------|-----|
| | | | | |
| 05/07/2023 | 05/08/2023 | 05/09/2023 | 05/10/2023 | 05/1 |
| 05/14/2023 | 05/15/2023 | 05/16/2023 | 05/17/2023 | 05/1 |
| 05/21/2023 | 05/22/2023 | 05/23/2023 | 05/24/2023 | 05/2 |
| 05/28/2023 | 05/29/2023 | 05/30/2023 | 05/31/2023 | 06/0 |
| 06/04/2023 | 06/05/2023 | | | |

Go Back   EEOC Public Portal



## Appointment Date Selector



| | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|
| | | | | 05/06/2023 |
| | 05/10/2023 | 05/11/2023 | 05/12/2023 | 05/13/2023 |
| | 05/17/2023 | 05/18/2023 | 05/19/2023 | 05/20/2023 |
| | 05/24/2023 | 05/25/2023 | 05/26/2023 | 05/27/2023 |
| | 05/31/2023 | 06/01/2023 | 06/02/2023 | 06/03/2023 |
| | | | | |



# Constitution of the United States

# First Amendment

First Amendment Explained

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

This Juneteenth, we are freshly reminded that the poisonous ideology of racism has not yet been defeated — it only hides.  Our Nation continues to mourn the 10 lives senselessly taken in Buffalo, New York, and grieve for the families who have lost a piece of their soul.  As we confront the awful reality of yet another gunman massacring innocent people in the name of hatred, racism, and fear, w must meet this moment with renewed resolve.  We must stand together against white supremacy and show that bigotry and hate have

Juneteenth is a day to reflect on both bondage and freedom — a day of both pain and purpose. It is, in equal measure, a remembrance of both the long, hard night of slavery and subjugation, as well as a celebration of the promise of a brighter morning to come. On Juneteenth, we remember our extraordinary capacity to heal, to hope, and to emerge from our worst moments as a stronger, freer, and more just Nation. It is als[o] a day to celebrate the power and resilience of Black Americans, who have endured generations of oppression in the ongoing journey

call on every American to celebrate the emancipation of all Black Americans and commit together to eradicate systemic racism and inequity that can never be tolerated and must always be fought against.

IN WITNESS WHEREOF, I have hereunto set my hand this seventeenth day of June, in the year of our Lord two thousand twenty-two, and of the Independence of th United States of America the two hundred and forty-sixth.

JOSEPH R. BIDEN JR.

NOW, THEREFORE, I, JOSEPH R. BIDEN JR., President of the United States of America, by virtue of the authority vested in me by the Constitution and the laws of the United States, do hereby proclaim June 19, 2022, as Juneteenth Day of Observance.  I call upon the people of the United States to acknowledge and condemn the history of slavery in our Nation and recognize how the impact of America's original sin remains.  I call on every American to celebrate the emancipation of all Black Americans and commit together to eradicate systemic racism and

Last year, I was proud to sign bipartisan legislation establishing Juneteenth as our newest Federal holiday, so that all Americans can feel the power of this day, learn from our history, celebrate our progress, and recognize and engage in the work that continues.  Great nations do not ignore their most painful moments — they face them.  We grow stronger as a country when we honestly confront our past injustices, including the profound suffering and injustice wrought by slavery and generation of segregation and discrimination against Black Americans.  To heal, we

VVI IƆL IƆ LI IE JLI I ƏI I IEI I ƏI I IEI IL :

>

What Constitutional principle is the 19th Amendment?

⌄

What are the 13th 14th and 15th Amendments?

^

' This was one of three Constitutional amendments aimed at establishing political equality for Americans



of all races. Together, the Thirteenth, Fourteenth and Fifteenth Amendments to the U.S. Constitution are referred to

MARCH 6, 2023

So Rick said I'm unfit to be a operator if I can't verify the material on the line by the paperwork. I've never been shown how to. I feel the remarks that was made was unnecessary when I'm still in training.

This goes with the respect thing we talked about!

Line 14 had problems with the bottle falling out the box. Once the counter say 278 bottles in the box out of 425. The rest falls over the side of the box.

The bags aren't big enough and 425 is to much.

bottle falling out the box. Once the counter say 278 bottles in the box out of 425. The rest falls over the side of the box.

The bags aren't big enough and 425 is to much.

This is what I tried to tell Rick but he made it out to be like I don't have the right bags and boxes.

The sensors don't always work also.

I'm going to start voicing my opinion

- Read less





Hi Andrew! The bill was signed in 2021 making June 19th a FEDERAL holiday. Meaning most federal employees will get the day off paid. However, we are a PRIVATE employer and are not required by law to provide paid time off. And as of now, our company has not elected to add this to our current 11 paid holidays. We do offer you PTO and vacation time that can be used whenever you would like. If taking June 19th off is important to you, we support that and would be happy to allow you to do so. Please let me know if you have any other questions.

3:38 PM

The PTO is hard to get as I stated.

The PTO is hard to get as I stated. It's not fair. June 19th is a national holiday. How can you say you care about Africa Americans that work for the company but yet still not give us our Rights private or not

4:27 PM



**PDF** infor...

4:27 PM

I'm covered under ADA so if I say the company isn't making reasonable accommodation.

4:29 PM



iowa

7:57 AM ✔✔

Work=worked

7:57 AM ✔✔



Hi Andrew–
Thank you for sharing your opinion and this information with me.
Unfortunately, we do not have the approval from corporate to add to our current perfect attendance program. We have have the opportunity to look at enhancing it in the future and at that time I will be sure to seek you out for your thoughts and ideas.
Is there anything else I can help you with?

8:04 AM

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| STATE OF IOWA | Case No: 07821  STA0404274 |
| Plaintiff, | |
| vs. | **ORDER SETTING TRIAL** |
| ANDREW GEORGE THOMAS | |
| Defendant. | |

On this 8th day of May, 2023, this matter comes before the Court.    on behalf of the Defendant and requested the matter be set for trial.

**Defendant enters a plea of NOT GUILTY. Therefore, a Non Jury Trial is scheduled on 09/15/2023 at 1:30 PM  at the Scott County Courthouse, 400 W 4th St, Davenport, IA 52801. Defendant's timely appearance is required. Failure to appear could result in a default judgment or issuance of warrant for contempt.**

### IMPORTANT INFORMATION

As many as 20 other trials may be scheduled at the same time, and before the same judge, as your trial. The trials will be heard in the order approved by the judge. You should expect to be there the entire morning or afternoon. You must bring all witnesses and exhibits you want the judge to consider. An exhibit is any document, writing, drawing, photograph, object, or other thing that a party wants the judge to consider at trial. In order for the judge and other parties to see all exhibits at trial, all proposed exhibits must be pre-submitted to the clerk of court before the day of trial. This may be done in one of two ways:

1. Proposed exhibits may be electronically filed through the State of Iowa's Electronic Document Management System (EDMS). All proposed exhibits must be saved in PDF format on the electronic device you are using to access your case in EDMS. Identical copies of all proposed exhibits filed through EDMS must be mailed to any opposing party who is not registered on EDMS. Detailed instructions for electronic filing of proposed exhibits can be found at https://www.iowacourts.gov/static/media/cms/E0010_AA5E505182032.pdf.

2. Proposed exhibits may be filed with the clerk by U.S. Mail or overnight carrier. If this method is used, identical copies of all proposed exhibits must be sent to all other parties or their attorneys of record in the same manner and at the same time that they are mailed to the clerk. The clerk of court's address is:

Scott County Clerk of Court, 400 West 4th Street, Davenport, Iowa 52801

Regardless of which method of filing is used, all proposed exhibits must be RECEIVED by the clerk of court at least ONE BUSINESS DAY before your scheduled hearing. You should have a copy of all

of your proposed exhibits and any proposed exhibits sent to you by another party available to you at the time of your trial. Just because you have submitted a proposed exhibit, it does not mean that the judge must admit or consider it at trial. The judge will determine which proposed exhibits are admitted at trial, and only admitted exhibits will be considered in the judge's final ruling.

EXHIBITS NOT FILED IN ACCORDANCE WITH THIS ORDER WILL NOT BE CONSIDERED BY THE TRIAL JUDGE BARRING EXCEPTIONAL CIRCUMSTANCES.

You are entitled to an attorney at your expense, but many people represent themselves without an attorney. You will not be given a continuance to obtain an attorney.

You must appear in the **Magistrates' Courtroom on the 1st floor of the Scott County Courthouse** promptly at the above date and time. This will allow you an opportunity to negotiate your case with the prosecutor to see if it can be resolved without a trial. If it cannot, your trial will commence as soon as possible after the prosecutor has completed negotiations on all cases. If you would like to discuss your case with the prosecutor prior to your trial date please call the number listed below one to two weeks before your trial date. **Failure to appear at your scheduled trial on time may result in a warrant being issued for your arrest or a judgment being entered against you. The contact information for the prosecutor in your case is: State of Iowa - Scott County Attorney - 563-326-8600**

The Defendant consents to being contacted by the prosecutor prior to trial at the following phone number and/or email address:

**SO ORDERED THIS 8th day of May, 2023.**

Clerk to notify.
  The Court has provided a copy to the Defendant.

If you need assistance to participate in court due to a disability, call the disability coordinator at (563) 328-4145 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

7CA060



State of Iowa Courts

**Case Number**
STA0404274
**Type:**

**Case Title**
STATE OF IOWA vs THOMAS, ANDREW GEORGE
ORDER SETTING TRIAL

So Ordered

Cynthia Taylor, Magistrate,
Seventh Judicial District of Iowa

Electronically signed on 2023-05-08 09:02:44