RECEIVED

MAY 15 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Case # 3:23-cv-00032-SMR-HCA

Andrew George Thomas v. Berry Global

I motion Default Judgment against the
Defendant accordance with Rule 55 of
the Federal Rules of Civil Procedure.

- FRCP Rule 12(b) (6)
- 12(b)

Andrew G. Thomas
108 Crestview Drive Apt. 2A
Eldridge, IA 52748