IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| ANDREW G. THOMAS, | ) Case No. 3:23-cv-00032-SMR-HCA |
| Plaintiff, | ) |
| v. | ) ORDER ON MOTION TO PROCEED IN |
| | ) FORMA PAUPERIS |
| BERRY GLOBAL, KIMBERLY JABER, and RICKIE MOLER, | ) |
| Defendants. | ) |

  Plaintiff Andrew G. Thomas filed this lawsuit asserting numerous employment discrimination claims centering primarily over his desire to have his private employer recognize the Juneteenth holiday for himself and his co-workers. [ECF No. 1]. He has also filed a motion for leave to proceed *in forma pauperis* and a motion for default judgment. [ECF Nos. 2; 4].

  A district court may allow a party to begin a civil action "without prepayment of fees or security" if the party submits an affidavit that shows he or she cannot "pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Nevertheless, the Court "shall dismiss the case at any time" if it determines the action is "frivolous or malicious" or "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). *Pro se* filings are "liberally construed," *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam), but must still comply with the requirements of the Federal Rules of Civil Procedure and are subject to dismissal when they present no arguable basis for relief. *Williams v. Willits*, 853 F.2d 586, 588 (8th Cir. 1988).

  Despite the recent recognition of the holiday by the federal government there is no legal obligation for private employers to recognize specific holidays. In his complaint, Thomas identifies Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities

1

Act as the basis of his lawsuit. None of these statute provide him the relief that he seeks. His Complaint fails to state a claim upon which relief can be granted, therefore it is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS SO ORDERED.

Dated this 23rd day of May, 2023.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT